IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BANK OF NEW YORK MELLON,

    Plaintiff,                    No. CIV S-11-3205 GEB CKD PS

    vs.

NIKOLAY KUT, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 6, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed December 6, 2011, are adopted in full; and

1

2. The above-entitled action is summarily remanded to the Superior Court of California, County of Sacramento.

Dated: January 5, 2012

GARLAND E. BURRELL, JR.
United States District Judge